833 A.2d 1115

COMMONWEALTH of Pennsylvania, Respondent,

v.

Andre KINARD, Petitioner.

No. 188 EAL 2003.

Supreme Court of Pennsylvania.

Oct. 2, 2003.

740

PETITION FOR ALLOWANCE OF APPEAL

*ORDER*

PER CURIAM.

**AND NOW,** this 2ⁿᵈ day of October, 2003, the Petition for Allowance of Appeal is granted. The matter is remanded to the Superior Court for disposition of the remaining claims raised by Petitioner in its brief to that court on the basis that the Superior Court's order dated April 2, 2002, explicitly granted Petitioner permission to exceed the page and/or line limitations set forth in Pa.R.A.P. 2116(a).